IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RICHARD T DEES,

    Plaintiff,

v.                                       CASE NO. 1:05-cv-00044-MP-AK

JO ANNE B BARNHART,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 15, Report and Recommendations of the Magistrate Judge, recommending that the decision of the Commissioner, denying benefits, be affirmed. The time for filing objections has passed, and none were filed. The Court agrees with the Magistrate Judge that the ALJ properly considered each of Plaintiff's allegations, including his mental condition, and correctly found Plaintiff to be only mildly impaired. Also, the Court agrees with the Magistrate Judge's recommendation that the Administrative Law Judge properly assessed Mr. Dees' leg pain and determined that it was not completely disabling such that various jobs existed in the community which Mr. Dees could perform. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. The decision of the Commissioner, denying benefits, is affirmed, and the clerk is directed to close the file.

**DONE AND ORDERED** this  *16th*  day of March, 2007

                          *s/Maurice M. Paul*
                      Maurice M. Paul, Senior District Judge